

FILED
CLERK, U.S. DISTRICT COURT

OCT - 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BERNARDO GARCIA, <br><br> Defendant. | Case No.  CR 2:19-cr-CJC <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

On October 5, 2023, Defendant David Bernardo Garcia made his initial on the petition for revocation of supervised release and warrant for arrest issued on September 16, 2021. James Tedford of the Indigent Defense Panel was previously appointed to represent Defendant; Michael Chernis of the CJA Panel stood in for Mr. Tedford for purposes of today's hearing. The government was represented by Assistant U.S. Attorney Alexander Gorin. Mr. Garcia submitted on the recommendation of detention in the report prepared by Pretrial Services.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following an arrest for alleged violation of the terms of supervised release,

the defendant bears the burden of establishing, by clear and convincing evidence, that he would appear for further proceedings as required if released. 18 U.S.C. § 3142(b)-(c). The Court finds that Mr. Garcia has not carried that burden. This finding is based on the violations alleged in the Petition, lack of clarity about whether Mr. Garcia can return to his residence, the fact that Mr. Garcia absconded from supervision two years ago, his possession of identity documents in other names, and the lack of available sureties.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 5, 2023

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2